# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTAVIA SIMPSON, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 2:21-CV-01214-GJP |
| JPMORGAN CHASE BANK, N.A., *doing business as* CHASE CARD SERVICES, | |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Artavia Simpson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A.,("Chase"), by their undersigned counsel, hereby stipulate and agree that the claims raised by Plaintiff against Chase in the above-captioned matter are dismissed with prejudice with each party to bear its own costs and attorney's fees.

So Stipulated this 2nd day of August, 2021.

| | |
|---|---|
| /s/ *Jacob U. Ginsburg*_____ | /s/ *Jenny N. Perkins*_____ |
| Jacob U. Ginsburg, Esq. | Jenny N. Perkins, Esq. |
| Kimmel & Silverman, PC | Ballard Spahr LLP |
| 30 E. Butler Avenue | 1735 Market Street, 51st Floor |
| Ambler, PA 19002 | Philadelphia, PA 19103 |
| Telephone (267) 468-7662 | Telephone: (215) 864-8378 |
| Fax (877) 600-2112 | Fax: (215) 864-8999 |
| jginsburg@creditlaw.com | perkinsj@ballardspahr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Artavia Simpson* | *JPMorgan Chase Bank, N.A.* |